

# Fourth Court of Appeals
## San Antonio, Texas

September 22, 2016

No. 04-15-00692-CV

John **SHULL**,
Appellant

v.

**WESTOVER CROSSING (SAN ANTONIO) HOMEOWNERS' ASSOCIATION, INC.**;
Spectrum Association Management, LP; and Buck (Delvin) Benson,
Appellees

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-15954
Honorable Karen H. Pozza, Judge Presiding

## O R D E R

On September 19, 2016, Appellant filed a thirty-eight page "Transmittal to the Court" and a two-page supplement to his motion requesting an extension of time to file his brief until October 15, 2017.

Previously, on September 16, 2016, this court granted Appellant's second motion for extension of time to file his brief until October 17, 2016. Appellant's September 19, 2016 motion is MOOT.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of September, 2016.

_____
Keith E. Hottle
Clerk of Court